Lisa S. Kantor - State Bar No. 110678
 e-mail: lkantor@kantorlaw.net
KANTOR & KANTOR, LLP
17216 Parthenia Street
Northridge, CA 91325
Telephone:  (818) 886-2525
Facsimile:  (818) 350-6272
**Attorneys for Plaintiff,**
**SHIRLEY WULFERT**

Royal F. Oakes - State Bar No. 80480
 e-mail: roakes@barwol.com
James C. Castle - State Bar No. 235551
 e-mail: jcastle@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, CA 90071
Telephone:     (213) 680-2800
Facsimile: (213) 614-7399
**Attorneys for Defendants**
**METROPOLITAN LIFE INSURANCE COMPANY AND**
**ADVENTIST HEALTH SYSTEM/WEST LONG TERM DISABILITY PLAN**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| SHIRLEY WULFERT,<br><br>        Plaintiff,<br><br>   VS.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; ADVENTIST HEALTH SYSTEM/WEST LONG TERM DISABILITY PLAN,<br><br>        Defendants. | CASE NO: 2:07-cv-1285 FCD KJM<br><br>STIPULATION FOR FILING OF AMENDED COMPLAINT; AND ORDER THEREON<br><br>"AS MODIFIED" |

      Pursuant to Fed.R.Civ.P. Rules 15(a) and 19(a), Plaintiff, Shirley Wulfert, ("Plaintiff") and Defendants, Metropolitan Life Insurance Company ("MetLife") and Adventist Health System/West Long Term Disability Plan ("Plan") (collectively "Defendants") hereby stipulate that Plaintiff may file an Amended Complaint, a copy of which is attached.

      The parties further stipulate that Defendants waive notice and service of the Amended Complaint.  Defendants will file an Answer to the Amended Complaint.  The parties agree that an

Answer filed within thirty (30) days from the date this Court deems the Amended Complaint filed shall be timely. Defendants' willingness to enter into the instant stipulation shall in no way be construed as an admission to any of the allegations contained in the Amended Complaint, nor shall it waive any affirmative defense.

DATED: November 8, 2007   KANTOR & KANTOR LLP

_____
Lisa S. Kantor
Attorneys for Plaintiff
Shirley Wulfert

DATED: November 8, 2007   BARGER & WOLEN LLP

_____
James C. Castle
Attorneys for Defendant
Metropolitan Life Insurance Company and Adventist Health System/West Long Term Disability Plan

**ORDER**

Good cause having been shown, the plaintiff shall file her First Amended Complaint within three (3) days of this order. Defendants shall file an Answer to the First Amended Complaint within thirty (30) days from the date the amended complaint is filed.

IT IS SO ORDERED.

DATED: November 14, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE