1  Glenn R. Kantor. State Bar No. 111423
       E-mail: gkantor@kantorlaw.net
2  J. David Oswalt, State Bar No. 73439
       E-mail:  doswalt@kantorlaw.net
3  Christina J. Smith, State Bar No. 193509
       E-mail:  csmith@kantorlaw.net
4  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
5  Northridge, California  91324
   Telephone:  (818) 886-2525
6  Facsimile:  (818) 350-6272

7  **Attorneys for Plaintiff
   Shirley Wulfert**
8
   Royal F. Oakes, State Bar No. 080480
9      E-mail:  roakes@barwol.com
   James C. Castle, State Bar No. 235551
10     E-mail:  jcastle@barwol.com
   BARGER & WOLEN LLP
11 633 West Fifth Street, 47th Floor
   Los Angeles, California  90071
12 Telephone:  (213) 680-2800
   Facsimile:  (213) 614-7399
13
   **Attorneys for Defendants
14 Metropolitan Life Insurance Company and
   Adventist Health System/West Long Term
15 Disability Plan**

16

17 **UNITED STATES DISTRICT COURT**

18 **EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO**

19

20 SHIRLEY WULFERT,            )   CASE NO.: 2:07-CV-01285 FCD KJM
                                )
21            Plaintiff,        )
                                )   **STIPULATION AND ORDER TO**
22       vs.                    )   **CONTINUE HEARING ON**
                                )   **MOTION FOR**
23 METROPOLITAN LIFE INSURANCE  )   **RECONSIDERATION AND**
   COMPANY; ADVENTIST HEALTH    )   **RESCHEDULE DEPOSITIONS**
24 SYSTEM/WEST LONG TERM        )
   DISABILITY PLAN,             )
25                              )   Date: January 15, 2010
            Defendants.         )   Time: 10:00 a.m.
26                              )   Courtroom:  2 (FCD)
                                )
27 _____)

28

Plaintiff, Shirley Wulfert and defendants Metropolitan Life Insurance Company and Adventist Health System/West Long Term Disability Plan (collectively, "MetLife"), through their respective counsel, stipulate as follows:

1. On October 26, 2009, Plaintiff filed a Notice of Motion and Motion to Compel Further Discovery Responses from Defendant Metropolitan Life Insurance Company ("Motion to Compel");

2. On November 18, 2009, Magistrate Judge Kimberly J. Mueller heard oral argument on Plaintiff's Motion to Compel;

3. On November 24, 2009, Magistrate Mueller entered an Order granting in part Plaintiff's Motion to Compel;

4. On December 10, 2009, MetLife filed a Request for Reconsideration by the District Court of Magistrate Judge Kimberly J. Mueller's November 24, 2009 Discovery Ruling ("Request for Reconsideration") and the Declaration of Laura Sullivan in Support of Defendant's Request for Reconsideration;

5. The Request for Reconsideration asks this Court to reconsider that portion of the November 24, 2009 Order granting Plaintiff's Motion to Compel as to Interrogatory No. 12, which asks MetLife to identify the number of claims which MetLife denied or terminated disability benefits based, in whole or in part, on a medical review conducted by Dr. D. Dennis Payne, Jr., a doctor retained by Network Medical Review Company ("NMR") to review Plaintiff's medical file for MetLife.

6. On December 11, 2009, this Court scheduled a hearing on MetLife's Request for Reconsideration for January 15, 2010 at 10:00 a.m.

7. Pursuant to Local Rule 303(d), Plaintiff's opposition to the Request for Reconsideration is due December 17, 2009.

8. Prior to the filing of the Request for Reconsideration. Plaintiff had noticed the following depositions:

    December 18, 2009    Rule 30(b)(6) deposition of NMR
    December 21, 2009    Dr. D. Dennis Payne, Jr.

|   |   |
|---|---|
| December 22, 2009 | Laura Sullivan |
|   | (a MetLife employee who submitted a declaration in opposition to the Motion to Compel and in support of the Request for Reconsideration) |

9. Counsel for MetLife has requested that Plaintiff agree to reschedule these depositions because they conflict with counsel's and Ms. Sullivan's vacation schedules.

10. Plaintiff's counsel has agreed to reschedule the depositions on condition that the Rule 30(b)(6) deposition of NMR and Ms. Sullivan's deposition be taken prior to the due date for the filing of Plaintiff's opposition to the Request for Reconsideration.

11. Plaintiff and MetLife have agreed that the Rule 30(b)(6) deposition of NMR will be rescheduled for January 5, 2010, and Ms. Sullivan's deposition will be rescheduled for January 6, 2010. The deposition of Dr. Payne will be rescheduled for a mutually convenient date in January 2010.

12. Plaintiff and MetLife have agreed to request the Court to reschedule the hearing on the Motion for Reconsideration to January 22, 2010, and to set January 11, 2010, as the due date for Plaintiff's opposition to the Request for Reconsideration.

**IT IS SO STIPULATED:**

Dated: December 16, 2009         KANTOR & KANTOR, LLP

                                 By:    /s/ J. David Oswalt

                                        J. DAVID OSWALT
                                        Attorneys for Plaintiff Shirley Wulfert

| | |
|---|---|
| Dated: December 16, 2009 | BARGER & WOLEN LLP |
| | By:   /s/ Royal F. Oakes |
| | ROYAL F. OAKES |
| | JAMES C. CASTLE |
| | Attorneys for Defendants |
| | Metropolitan Life Insurance |
| | Company and Adventist Health |
| | System/West Long Term Disability |
| | Plan |

## ORDER

Good cause appearing, it is hereby ordered that the January 15, 2010 hearing on MetLife's Request for Reconsideration be rescheduled for **JANUARY 29, 2010** at 10:00 a.m. in Courtroom 2 (FCD) and that Plaintiff will file her opposition to the Request for Reconsideration on or before January 11, 2010.  The previously noticed Rule 30(b)(6) deposition of NMR is rescheduled for January 5, 2010, and Laura Sullivan's deposition is rescheduled for January 6, 2010.  The deposition of Dr. Payne is to be rescheduled for a mutually convenient date in January 2010.

**IT IS SO ORDERED.**

Dated: December 17, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE