1

2

3

4

5

6

7

8

9                         UNITED STATES DISTRICT COURT

10                      EASTERN DISTRICT OF CALIFORNIA

11                              ----oo0oo----

12   SHIRLEY WULFERT,

13                                      NO. CIV.S-07-1285 FCD KJM
              Plaintiffs,

14                                      ORDER AND ORDER TO SHOW CAUSE
        v.                              RE SANCTIONS

15
     METROPOLITAN LIFE INSURANCE

16   COMPANY, et. al.,

17           Defendants.

18                              ----oo0oo----

19        1.    The hearing on Defendants' Motion for Reconsideration

20   by the District Court of Magistrate Discovery Ruling (Docket #35)

21   is continued to March 26, 2010, at 10:00 a.m.   Plaintiff shall

22   file and serve its opposition brief or notice of non-opposition

23   no later than March 12, 2010.   The defendants may file and serve

24   a reply on or before March 19, 2010.

25        2.    Plaintiff's counsel is ordered to show cause why he

26   should not be sanctioned in the amount of $150.00 for failing to

27   file an opposition or notice of non-opposition to defendants'

28   motion in compliance with Local Rule 230(c), and the parties

1  stipulation filed on December 17, 2009 (Docket #42).

2       3.    Plaintiff's counsel shall file his response to the

3  order to show cause on or before March 12, 2010.

4       4.    A hearing on the order to show cause, if necessary,

5  will follow the hearing on the motion.

6       IT IS SO ORDERED.

7  DATED: January 20, 2010

8

9  _____
   FRANK C. DAMRELL, JR.

10      UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28