```
1   J. David Oswalt - SBN 73439
     E-mail: doswalt@kantorlaw.net
2   Christina J. Smith - SBN 193509
     E-mail: csmith@kantorlaw.net
3   KANTOR & KANTOR, LLP
    19839 Nordhoff Street
4   Northridge, CA 91324
    (818) 886-2525 (TEL)
5   (818) 350-6272  (FAX)

6   Attorneys for Plaintiff
    SHIRLEY WULFERT
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| SHIRLEY WULFERT, | CASE NO: 2:07-cv-1285 FCD KJM |
| Plaintiff, | [*Hon. Frank C. Damrell, Jr.*] |
| VS. | STIPULATION AND ORDER FOR DISMISSAL |
| METROPOLITAN LIFE INSURANCE COMPANY; ADVENTIST HEALTH SYSTEM/WEST LONG TERM DISABILITY PLAN, | |
| Defendants. | |

   IT IS HEREBY STIPULATED, by and between Plaintiff Shirley Wulfert and and Defendants Metropolitan Life Insurance Company; Adventist Health System/West Long Term Disability Plan, by and through their respective counsel of record, that this action shall be dismissed with prejudice. Each party shall bear their own costs and attorneys fees.

DATED: March 1, 2010               KANTOR & KANTOR, LLP

                                   By_____/s/_____
                                       J. David Oswalt
                                       Christina J. Smith
                                       Attorneys for Plaintiff
                                       Shirley Wulfert

| | |
|---|---|
| DATED: March 9, 2010 | BARGER & WOLEN LLP |
| | By  /s/<br>Royal F. Oakes<br>James C. Castle<br>Attorneys for Defendants<br>Metropolitan Life Insurance Company;<br>Adventist Health System/West Long<br>Term Disability Plan |

**ORDER**

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. Each party shall bear their own costs and attorneys fees.

DATED: March 9, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE