J. David Oswalt - SBN 73439
 E-mail: doswalt@kantorlaw.net
Christina J. Smith - SBN 193509
 E-mail: csmith@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
(818) 886-2525 (TEL)
(818) 350-6272  (FAX)

Attorneys for Plaintiff
SHIRLEY WULFERT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| SHIRLEY WULFERT,<br><br>           Plaintiff,<br><br>     VS.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; ADVENTIST HEALTH SYSTEM/WEST LONG TERM DISABILITY PLAN,<br><br>           Defendants. | CASE NO: 2:07-cv-1285 FCD KJM<br><br>[*Hon. Frank C. Damrell, Jr.*]<br><br>STIPULATION AND ORDER FOR DISMISSAL |

IT IS HEREBY STIPULATED, by and between Plaintiff Shirley Wulfert and and Defendants Metropolitan Life Insurance Company; Adventist Health System/ West Long Term Disability Plan, by and through their respective counsel of record, that this action shall be dismissed with prejudice. Each party shall bear their own costs and attorneys fees.

DATED: March 1, 2010                     KANTOR & KANTOR, LLP

                                                         By_____/s/_____
                                                              J. David Oswalt
                                                              Christina J. Smith
                                                              Attorneys for Plaintiff
                                                              Shirley Wulfert

DATED: March 9, 2010          BARGER & WOLEN LLP

By  /s/
    Royal F. Oakes
    James C. Castle
    Attorneys for Defendants
    Metropolitan Life Insurance Company;
    Adventist Health System/West Long
    Term Disability Plan

**ORDER**

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. Each party shall bear their own costs and attorneys fees.

DATED:  March 9, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE